**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION**

| | | |
|---|---|---|
| KNOCKIO, LLC, | ) | Civil Action No. 8:26-cv-03065-DCC |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| KNOCK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE**

Plaintiff Knockio, LLC hereby files the Affidavit of Service for Knock, Inc. Donette Rico, Finance Director of Knock, Inc., was served with the Summons, Complaint, and Plaintiff's Answers to Local Rule 26.01 Interrogatories on July 29, 2026, Affidavit of Service attached hereto as **Exhibit A**.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

s/Neil C. Jones

Neil C. Jones
Federal Bar No. 5470
E-Mail: neil.jones@nelsonmullins.com
2 West Washington Street / Suite 400
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 373-2300

*Attorneys for Plaintiff Knockio, LLC*

Greenville, South Carolina
July 30, 2026

1